**FILED**

SEP 2 6 2016

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-84-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | |
| OLIVER LEE WHITE, | ORDER |
| Defendant. | |

Upon the Defendant's Unopposed Motion to Allow Testimony by Video (Doc. 22), and good cause being shown,

**IT IS HEREBY ORDERED** that Leslie Walker-Hirsch may testify via video during the hearing for Evaluation to Determine Competency currently scheduled for Tuesday, September 27, 2016 at 1:30 p.m. (MST) in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse, Billings, Montana.

**IT IS FURTHER ORDERED** that counsel for Defendant shall provide a contact person and telephone number to Cecil Chandler at (406) 247-2323 and/or Michael Cuthbert at (406) 247-2322 for the purposes of arranging and testing the video conferencing system prior to the hearing.

1

**FURTHER**, the clerk of Court is directed to notify counsel and IT staff, Cecil Chandler and Michael Cuthbert of the making of this Order.

DATED this 26th day of September, 2016.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge