IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

SEP 28 2017

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OLIVER LEE WHITE,<br><br>Defendant. | CR 16-84-BLG-SPW<br><br>**AMENDED ORDER** |

The Court having received the Forensic Evaluation of Defendant, Oliver Lee White, conducted pursuant to 18 U.S.C. § 4248;

IT IS HEREBY ORDERED that a hearing, pursuant to 18 U.S.C. § 4246, 18 U.S.C. § 4248 and 18 U.S.C. § 4247(d) shall be held on **Friday, September 29, 2017 at 1:30 p.m.** in the Snowy Mountains Courtroom at the James F. Battin Courthouse, Billings, Montana. The defendant does not need to be personally present.

DATED this 28th day of September, 2017.

SUSAN P. WATTERS
United States District Judge

1